UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PATRICK,<br><br>        Plaintiff(s),<br><br>   v.<br><br>HITACHI, LTD.,<br><br>        Defendant(s).<br>_____/ | No. 3:12-cv-06172 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 8, 2013, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **April 12, 2013, at 11:00 AM,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on March 8, 2013, for failure to prosecute, and for failure to comply with the Court's Order dated December 5, 2012. A case management conference is also scheduled for April 12, 2013, at 11:00 AM.

IT IS SO ORDERED.

Dated: March 14, 2013

                                                  JOSEPH C. SPERO
                                                United States Magistrate Judge